IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ERNEST Medina et al
Leonard V. Dunn
Robert Berger
    PLAINTIFFS

CIVIL CASE # '08 CV 0375 WQH RBB

V.

THE WARDEN OF
CALIFORNIA MENS COLONY-EAST et al
    DEFENDANTS

COMPLAINT UNDER
THE CIVIL RIGHT ACT
42 USC § 1983



2254 ____ 1983 ✓
FILING FEE PAID
Yes____ No ✓
IFP MOTION FILED
Yes ✓  No____
COPIES SENT TO
Court ✓  Prose____

(Name) MEDINA, ERNEST D.

(Address) PO BOX 8101

(City, State, Zip) SAN LUIS OBISPO, CA- 93409

(CDC Inmate No.) K-10425

# CLASS ACTION

## United States District Court
### Southern District of California

ERNEST D. MEDINA et al.,

(Enter full name of plaintiff in this action.)

Plaintiff,

v.

~~DRS KLOUSE, SCOTT~~,

CMC-EAST WARDEN et al,

(Enter full name of each defendant in this action.)

Defendant(s).

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, ERNEST MEDINA (print Plaintiff's name), who presently resides at CALIFORNIA MENS COLONY - EAST (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at CALIFORNIA MENS COLONY - EAST on (dates) 2-18-08, 2-11-08, and 2-15-08
   (institution/place where violation occurred)    (Count 1)    (Count 2)    (Count 3)

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant DR. KLOUSE resides in SAN LUIS OBISPO (County of residence), and is employed as a PSYCHIATRIST (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: DOCTOR KLOUSE IS RESPONSIBLE FOR THE TREATMENT OF INMATE/PATIENTS HOUSED IN THE MENTAL HEALTH CRISIS BED IN CMC-EAST

Defendant DOCTOR SCOTT resides in SAN LUIS OBISPO (County of residence), and is employed as a PSYCHIATRIST (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: DOCTOR SCOTT IS ALSO RESPONSIBLE FOR THE TREATMENT OF INMATE/PATIENTS IN THE M.H.C.B. IN CMC-EAST

Defendant DOCTOR BOTTELLI resides in SAN LUIS OBISPO (County of residence), and is employed as a PSYCHIATRIST (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: DOCTOR BOTTELLI IS RESPONSIBLE FOR THE TREATMENT OF INMATE/PATIENTS IN THE MHCB IN CMC-EAST

Defendant DOCTOR FUSELIER resides in SAN LUIS OBISPO (County of residence), and is employed as a PSYCHIATRIST (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: DOCTOR FUSELIER IS RESPONSIBLE FOR THE TREATMENT OF INMATE PATIENTS IN THE (M.H.C.B.) MENTAL HEALTH CRISIS BED IN CMC-EAST

DEFENDENT: Sergeant FITZPATRICK, RESIDES IN SAN LUIS OBISPO and IS EMPLOYED as a CORRECTIONAL Sergeant; THIS DEFENDENT IS SUED IN HIS OFFICIAL and INDIVIDUAL CAPACITY:

Sergeant FITZPATRICK IS RESPONSIBLE FOR THE SAFETY and SUCURITY OF THE M.H.C.B. and THE TRAINING OF SUBORDINATE OFFICERS ON 3rd WATCH

DEFENDENT: Sergeant J. SANDERS, RESIDES IN SAN LUIS OBISPO and IS EMPLOYED as a CORRECTIONAL Sergeant: THIS DEFENDENT IS SUED IN HIS OFFICIAL and INDIVIDUAL CAPACITY

Sergeant SANDERS IS RESPONSIBLE FOR THE SAFETY and SUCURITY OF THE M.H.C.B. and THE TRAINING OF SUBORDINATE OFFICERS ON 2nd WATCH

DEFENDENT: Sergeant L.S. MCEWEN, RESIDES IN SAN LUIS OBISPO and IS EMPLOYED as a CORRECTIONAL Sergeant: THIS DEFENDENT IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY

Sergeant MCEWEN IS RESPONSIBLE FOR THE SAFETY and SUCURITY OF THE M.H.C.B. and THE TRAINING OF SUBORDINATE OFFICERS ON 1st WATCH

Defendent: P. TENNEL, RESIDES IN SAN LUIS OBISPO, and is EMPLOYED as CORRECTIONAL OFFICER, THIS DEFENDENT IS SUED IN HIS INDIVIDUAL ~~CAP~~ AND OFFICIAL CAPACITY

OFFICER P. TENNEL UTILIZES HIS POSITION TO WRITE FALSE REPORTS and ANTAGONIZE MENTALLY ILL PATIENTS IN THE M.H.C.B.

DEFENDENT: C/O OLSEN, RESIDES IN SAN LUIS OBISPO, and IS EMPLOYED AS A CORRECTIONAL OFFICER, THIS DEFENDENT IS SUED IN HIS INDIVIDUAL CAPACITY

OFFICER OLSEN ANTAGONIZES, DISRESPECTS and MOCKS MENTALLY ILL PATIENT/INMATES IN THE M.H.C.B.

DEFENDENT: C/O BUCK, RESIDES IN SAN LUIS OBISPO and IS EMPLOYED AS A CORRECTIONAL OFFICER, THIS DEFENDENT IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY

OFFICER BUCK HAS UTILIZED ~~FORCE~~ EXCESSIVE FORCE WITHOUT JUSTIFACATION

DEFENDENT: PETERS, RESIDES IN SAN LUIS OBISPO and IS EMPLOYED AS A REGISTERED NURSE, THIS DEFENDENT IS SUED IN HER INDIVIDUAL CAPACITY

R.N. PETERS HAS IGNORED EMERGENCY SITUATIONS

DEFENDENT OLSEN, RESIDES IN SAN LUIS OBISPO and IS EMPLOYED AS A REGISTERED NURSE, THIS DEFENDENT IS SUED IN HER OFFICIAL CAPACITY

R.N. OLSEN HAS MADE FALSE REPORTS TO ON CALL DOCTORS RESULTING IN EMERGENCY INVOLUNTARY MEDICATION

DEFENDANT: SPECTER, RESIDES IN SAN LUIS OBISPO AND IS EMPLOYED AS A REGISTERED NURSE, THIS DEFENDANT IS SUED IN HIS OFFICIAL CAPACITY

R.N. SPECTER HAS MADE FALSE REPORTS TO THE DOCTOR ON CALL WHICH RESULTED IN INVOLUNTARY MEDICATION ON AN EMERGENCY BASIS

DEFENDANT: CROXTON, RESIDES IN SAN LUIS OBISPO AND IS EMPLOYED AS A PSYCHIATRIST, THIS DEFENDANT IS SUED IN HIS OFFICIAL CAPACITY

DOCTOR CROXTON HAS ORDERED THE CUSTODIAL STAFF TO TAKE MATTRESSES AND BLANKETS FROM INMATE PATIENTS

DEFENDANT: MEYERS, RESIDES IN SAN LUIS OBISPO AND IS EMPLOYED AS CHIEF PSYCHIATRIST, THIS DEFENDANT IS SUED IN HIS OFFICIAL CAPACITY

DOCTOR MEYERS IS RESPONSIBLE FOR THE OVERALL TREATMENT OF MENTALLY ILL INMATE/PATIENTS WHO ARE HOUSED IN THE M.H.C.B.

DEFENDANT: HARRINGTON, RESIDES IN SAN LUIS OBISPO AND IS EMPLOYED AS A REGISTERED NURSE, THIS DEFENDANT IS SUED IN HER INDIVIDUAL ~~CAPACITY~~ AND OFFICIAL CAPACITY

R.N. HARRINGTON HAS DIVULGED PRIVILEDGED INFORMATION TO STAFF AND PATIENTS IN THE MHCB

Defendent: Warden, resides in San Luis Obispo and is employed as the Warden of California Mens Colony-East, this defendent is sued in his/her official capacity

The Warden of CMC-East has failed to implement a suicide watch plan and has failed to conform to Coleman v. Swartznnegger

Defendent Loomis resides in San Luis Obispo and is employed as a correctional officer, this defendent is sued in his official capacity

C/O Loomis threatened me with O.C. pepper spray

Defendent Dagel resides in San Luis Obispo and is employed as a psychiatrist, this defendent is sued in his individual capacity

Dr. Dagel is disrespectful and belligerent

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: ~~Deliberate Indifference~~ Freedom from cruel and unusual punishment

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

~~On~~ In January I was placed in the Mental Health Crisis Bed, during my first stay I ~~witnessed~~ heard a patient who was in the shower area be assaulted by C/O P. Tennel, ~~and~~ while Sgt. Fitzpatrick watched. The patient in question was in handcuffed C/O P. Tennel also taunts and aggravates patients

Tennel called me a tough guy and encouraged me to cover my window

Sgt Fitzpatrick called me a spic and said something about a 4 yr old victim and also encouraged me to cover my window

Sgt. Sanders forced me to go to Inter disciplinary Treatment Team and threatend me with force and five points

C/O Buck also threatend me with force and five point restraints without cause

C/O P. Tennel and Olsen began laughing at me when I told them I had an instrument to cut myself and encouraged me to cut myself deeper, Sergeant Fitzpatrick watched me cut myself on Feb. 13 at 9:45

C/O Loomis threatend to spray me with O.C Pepper spray and five points for refusing to go to Idtt

Sergeant L.S. McEwen threatend to cell extract (5) five different patients on

ONE NIGHT, ON THE NIGHT AFTER THAT AT LEAST 3 PEOPLE WERE INVOLUNTARILY MEDICATED ON FIRST WATCH SO ALTOGETHER (8) PEOPLE WERE THREATENED WITH FORCE AND VIOLENCE AND MEDICATED: MYSELF INCLUDED

C/O TENNEL WILL REFUSE TO FEED AND REFUSE TO SHOWER SPECIFIC INMATES FOR VARIOUS REASONS OF HIS OWN HE WRITES FALSE REPORTS AND IS DISRESPECTFUL

R.N. OLSEN AND SPECTER, HARRINGTON ARE THE MOST DISRESPECTFULL OF THE NURSING STAFF

DOCTOR KLOUSE TOLD ME I WAS FULL OF FECES IN A DEROGOTORY WAY
DOCTOR CROXTON HAS TOLD ME TO SHUT UP SO HAS DR. DAGEL
DOCTOR DAGEL BECAME BELLIGERENT WHEN ~~LEONA~~ I TOLD HIM THAT ONE PATIENT HAD THE RIGHT TO BLANKETS AND A MATTRESS

R.N. OLSEN AND SPECTER INFORMED DOCTOR CROXTON THAT (5) FIVE PEOPLE WERE SUICIDAL AND NEEDED EMERGENCY MEDS, THEN DID IT AGAIN THE NEXT NIGHT

Count 2: The following civil right has been violated: <u>Deliberat Indifference</u>
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

THE NURSES AND DOCTORS ARE AWARE OF THE ABUSE AND AT TIMES ENCOURAGE THE VIOLENCE

NURSE HARRINGTON, NURSE PETERS WERE AWARE THAT I HAD AN INDUSTRIAL STAPLE I TOLD BOTH OF THEM I WAS GOING TO CUT MYSELF NURSE PETERS IGNORED THE SITUATION AND HARRINGTON GAVE ME A HAUGHTY LOOK

DOCTORS KLOUSE AND SCOTT, BOTTELLI AND FUSELIER DISREGARD INMATE CLAIMS OF ABUSE NURSE OLSEN AND SPECTER ALSO KNOW OF THIS SITUATION AND AGGRAVATE PATIENTS

Count 3: The following civil right has been violated:
(E.g., right to medical care, access to courts,

§ 1983 SD Form
(Rev. 5/98)

4

::ODMA\PCDOCS\WORDPERFECT\22834\1

Count 3   Right To Medical Care

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Doctors Scott, Klouse, Bottelli, and Fuselier refuse to treat inmate patients

Inmate patients are left to decompensate and are encouraged to "go back to Ad-Seg"

The policy being that the mental health crisis bed is not a place for treatment (I.e.. medication)

Inmate patients are left in the mental health crisis bed for up to sixty-to-ninety days before a refferals are made to the Department of Mental Health

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

§ 1983 SD Form (Rev. 5/98)                                5                              ::ODMA\PCDOCS\WORDPERFECT\22834\1

COUNT 4   VIOLATION OF COLEMAN V. WILSON

SUPPORTING FACTS

INMATE PATIENTS ARE LEFT TO DECOMPENSATE
INMATE PATIENTS ARE SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENTS
INMATE PATIENTS ARE NOT RECEIVING ADEQUATE CARE

THE CHIEF PSYCHIATRIST AND THE WARDEN OF CMC EAST ARE NOT REGULATING THE CONDITIONS OF THE MENTAL HEALTH CRISIS BED AS THEY SHOULD

COUNT 5. DUE PROCESS VIOLATIONS: FROM FEBUARY 18-19, UP TO (8) EIGHT INMATES WERE INVOLUNTARILY MEDICATED BUT KEYHEA PROTOCOL WAS NOT FOLLOWED BECAUSE THE MEDICATION WAS ONLY USED ON A ONE TIME EMERGENCY BASIS

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____
_____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____

(d) Issues raised:
_____
_____
_____
_____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ~~Yes~~ ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

I FILED (3) THREE CDC INMATE/PAROLEE APPEAL FORMS, ADMINISTRATIVE REVIEW HAS BEEN SOUGHT BUT NOT EXHAUSTED, BECAUSE OF THE SERIOUSNESS OF THE SITUATION WHICH COULD CAUSE IRREPARABLE HARM

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): FROM MEDICATING PATIENT INVOLUNTARILY W/O JUSTIFICATION AND EMERGENCY RELIEF CONCERNING THE POLICY OF FORCING INMATE PATIENTS INTO IdTT

2. Damages in the sum of $ 50,000,000

3. Punitive damages in the sum of $ 50,000,000

4. Other: TEMPORARY RESTRAINING ORDERS, ~~INJUNCTIVE RELIEF AND EMERGENCY AS AN~~

### F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.   **OR**   ☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

2-24-08
Date

[signature]
Signature of Plaintiff

§ 1983 SD Form (Rev. 5/98)                    7                    ::ODMA\PCDOCS\WORDPERFECT\22834\1

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE MEDINA, K10425  
Current Housing: EFDQB7F100007184

Date: February 13, 2008

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CMC-E-08-00414

ASSIGNED STAFF REVIEWER: AW C&D HOUSING  
APPEAL ISSUE: STAFF COMPLAINTS  
DUE DATE: 03/26/2008

Inmate MEDINA, this acts as a notice to you that your appeal has been sent to the above staff for SECOND level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for THIRD level review. Third level appeals are to be mailed directly to:

> Chief of Inmate Appeals  
> Department of Corrections  
> P. O. Box 942883  
> Sacramento, CA  94283-0001

D. Engler/M. Vela  
CC-II Specialist  
California Men's Colony

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE MEDINA, K10425
Current Housing: EFBQB4F200004265

Date: February 22, 2008

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CMC-E-08-00504

ASSIGNED STAFF REVIEWER: HCM
APPEAL ISSUE: STAFF COMPLAINTS
DUE DATE: 04/02/2008

Inmate MEDINA, this acts as a notice to you that your appeal has been sent to the above staff for SECOND level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for THIRD level review. Third level appeals are to be mailed directly to:

> Chief of Inmate Appeals
> Department of Corrections
> P. O. Box 942883
> Sacramento, CA 94283-0001

D. Engler/M. Vela
CC-II Specialist
California Men's Colony

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS

CDC 1858 (2/97)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

**IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.** [An inmate/parolee who makes a complaint against a departmental peace officer knowing it is false, may be issued a serious disiplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| M-dA | Medina | 02-20-08 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| | Medina | K-10125 | 02-20-08 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |
| S.R. Stinson G7. | Stinson 7 | 02-20-08 | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Medina, et al

**DEFENDANTS**

Warden, CMC East

**FILED FEB 27 2008**
**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**BY _____ DEPUTY**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Luis Obispo
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Ernest Medina
PO Box 8101
San Luis Obispo, CA 93409
K-10425

ATTORNEYS (IF KNOWN)

**'08 CV 0375 WQH RBB**

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**42 U.S.C. 1983**

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $ 50,000,000   Check YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE 2/27/2008   SIGNATURE OF ATTORNEY OF RECORD