

**UNITED STATES DISTRICT COURT**
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

March 7, 2008

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

Re: Medina et al v. Warden et al, Case No. 08cv375-WQH-RBB

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/M. Cruz
    M. Cruz, Deputy

RECEIVED ITEMS DESCRIBED
THIS DATE OF 3/14/08
AND ASSIGNED CASE NUMBER CV08-1734 (SS)

CLERK, U.S. DISTRICT COURT

By: L. Horn , Deputy